KATHERINE K. LYNCH, Appellant, *v.* CITY OF BEACON, Respondent.
Submitted March 4, 1946; decided April 18, 1946.

*Normington Schofield* for appellant.
*John Palisi* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.